UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **KEITH JAMERSON,** | )<br>) |
| Petitioner, | )  No. CV 02-9890 JHN (AJW)<br>) |
| v. | )<br>)  ORDER ACCEPTING REPORT AND |
| **GAIL LEWIS, WARDEN,** | )  RECOMMENDATION OF<br>)  MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation ("Report"), Respondent's Objections, Petitioner's Response to Respondent's Objections, and the Supplemental Report and Recommendation. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

DATED:   May 16, 2012

_____
Jacqueline H. Nguyen
United States District Judge